IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE I, an individual and as mother and next friend of Jane Doe III, et al.<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MARK PFEIFFER, Personal Representative of the Estate of Kipp L. Pfeiffer, and ESTATE OF KIPP L. PFEIFFER,<br><br>　　　　Defendants. | 4:20-CV-3022<br><br>JUDGMENT |

　　　Pursuant to the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (filing 29), this case is dismissed with prejudice, each party bearing its own attorney's fees, costs, and expenses.

　　　Dated this 14th day of September, 2020.

BY THE COURT:<br><br>
_____<br>
John M. Gerrard<br>
Chief United States District Judge